**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Earl WILCOX, Jr., Defendant–Appellant.**

**No. 13–10072**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 4, 2014.

Michelle Lee Schieber, Peter Decklin Leary, Michael J. Moore, U.S. Attorney,

---

U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Joseph David Weathers, Joseph D. Weathers, PC, Moultrie, GA, for Defendant–Appellant.

Earl Wilcox, Jr., Yazoo City, MS, pro se.

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Joseph D. Weathers, appointed counsel for Earl Wilcox, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wilcox's conviction and sentence are **AFFIRMED.**